IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. 324-03






DAWN KURETSCH STEWART, Appellant


v.


THE STATE OF TEXAS, Appellee






ON DISCRETIONARY REVIEW

FROM THE FOURTH COURT OF APPEALS

BEXAR COUNTY





 Womack, J., filed a concurring opinion, in which Johnson, J., joined.



 I join the opinion of the Court. I write only to emphasize that, because of the peculiar
procedural posture of this appeal, that opinion does not resolve the problem that faces trial
courts: whether to admit breath-test results without extrapolation evidence. This appeal
presents only half of the problem, relevancy. As Judge Price's opinion, post, points out, there
are serious issues about the other half, weighing the relevancy value against possibly unfair
prejudicial effect.

En banc.

Delivered February 18, 2004.

Publish.